Supreme Court

In the Matter of James S. Lawrence. :          SU-2023-025-M.P.

**O R D E R**

On January 20, 2023, this Court's Disciplinary Counsel ("Counsel") filed a Petition pursuant to Article III, Rule 6(e) of the Supreme Court Rules of Disciplinary Procedure requesting that the Court order the respondent, James S. Lawrence, a member of the Rhode Island bar, to file an answer to a pending disciplinary complaint.

On February 14, 2023, the Court entered an Order reprimanding the respondent for his failure to answer that complaint and directed him to file an answer within ten (10) days or his license would be indefinitely suspended without further notice.

On February 27, 2023, three days after the February 24, 2023 deadline set in the Order, the respondent faxed a purported answer to the complaint that failed to address any of the substantive allegations in the complaint and also falsely indicated that he had delivered the case file at issue to successor counsel. Counsel's inquiry into the delivery of the file proved that respondent had not delivered the file as claimed.

On March 1, 2023, Counsel wrote to the respondent to explain that his answer was non-responsive and thereby insufficient, and that contrary to his representation about transmitting the file, successor counsel had not received the file he claimed to have sent. This letter also gave respondent until March 10, 2023 to transfer the file and provide a substantive response to the disciplinary complaint. To date Counsel received no further response from respondent.

On March 13, 2023, successor counsel provided an affidavit that she had not received the file.

On March 23, 2023, Counsel brought this matter back before the Court, seeking the imposition of an indefinite suspension for respondent's lack of explanation and misrepresentation to the Court. Counsel also requested the appointment of a Special Master to take control of respondent's active case files and bank accounts related to his practice of law.

Accordingly, it is ordered, adjudged, and decreed that the respondent, James S. Lawrence, is hereby suspended from the practice of law in this state, effective immediately and until further order of this Court.

It is further ordered that Matthew Callaghan, Esq., be appointed as Special Master to take possession of and inventory the respondent's client files and accounts, and take whatever steps necessary to protect the client's interests; including, but not limited to, returning files to the clients or new counsel of each clients' choice. The

Special Master is hereby authorized to have full access to respondent's client files, accounts, and offices and is further empowered to enter upon the respondent's offices in order to effectuate this Order.

Regarding the respondent's banking accounts, the Special Master is given sole and exclusive access to the following accounts heretofore controlled by respondent, either solely or jointly: business and operating accounts; trust accounts, including special trust accounts; clients' accounts; estate accounts; and, any and all other accounts related to respondent's law practice that he uses presently or has in the past utilized for the deposit and maintenance of fiduciary and/or clients' funds and fee advances. The foregoing list of accounts shall also include any accounts where the respondent serves as an agent, special agent, trustee, personal representative, executor, power of attorney, or custodian. The Special Master shall have sole control over these above-described accounts, to the exclusion of respondent, until further order of this Court. By this Order, the Court prohibits respondent or any of his agents from withdrawing or transferring funds from the aforementioned accounts.

The Court also hereby orders respondent to fully cooperate with the Special Master to assist him and his agents in effectuating his duties and directs that any lack of cooperation on respondent's behalf be reported to this Court for further action.

Entered as an Order of this Court this 20th Day of April 2023.

By Order,

/s/ *Debra A. Saunders*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| Title of Case | In the Matter of James S. Lawrence. | |
|---|---|---|
| Case Number | SU-2023-025-M.P. | |
| Date Order Filed | April 20, 2023 | |
| Justices | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| Source of Appeal | N/A | |
| Judicial Officer from Lower Court | N/A | |
| Attorney(s) on Appeal | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>James S. Lawrence, *pro se* | |